UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| UNITED STATES OF AMERICA, THE STATE OF NEW YORK, and THE CITY OF NEW YORK *ex rel.* HILAL KHALIL HOMAIDAN and TANYA LINN FRABLE,<br><br>Plaintiffs-Relators,<br><br>v.<br><br>THE NEW YORK CITY GAY AND LESBIAN ANTI-VIOLENCE PROJECT,<br><br>Defendant. | No. 22 Civ. 10639 (JLR)<br><br>**FILED UNDER SEAL**<br><br>[~~PROPOSED~~] ORDER |

---

Relators having filed a notice of dismissal and the United States of America (the "United States") having: (1) declined to intervene pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), with respect to the claims raised in the *qui tam* complaint filed by relators in the above-captioned action, and (2) consented to relators' dismissal;

IT IS HEREBY ORDERED THAT:

1. The complaint shall be unsealed thirty days after entry of this Order;

2. All documents filed in this action prior to the entry of this Order shall remain under seal and not be made public, except for, thirty days after entry of this Order, relators' complaint, this Order, relators' Notice of Dismissal, and the Government's letter declining intervention dated November 28, 2023.

3. Upon the unsealing of the complaint, the seal shall be lifted as to all other matters occurring in this action after the date of this Order.

5. All further orders of this Court in this matter shall be sent to the United States and the State of New York by relators.

2

Dated: __November 29__, 2023
      New York, New York

SO ORDERED:

_____
HONORABLE JENNIFER L. ROCHON
UNITED STATES DISTRICT JUDGE

2